# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR253

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **KHARI ATIBA MERRITT** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the sentencing hearing from the October 3, 2006, calendar.

Because this matter has been reassigned to the Honorable Frank D. Whitney,

**IT IS, THEREFORE, ORDERED** that this case is continued from the October 3, 2006, sentencing calendar.

Signed: August 31, 2006

Lacy H. Thornburg
United States District Judge